IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 





NO. 3-91-472-CR





ROGER ALAN VAUGHAN,


 APPELLANT



vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY 



NO. 279,869, HONORABLE WILFRED AGUILAR, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for driving while intoxicated. Punishment was
assessed at confinement for 75 days and a $1000 fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).


[Before Chief Justice Carroll, Justices Jones and Kidd]

Dismissed On Appellant's Motion

Filed: November 18, 1992

[Do Not Publish]